No. 04–6693 (04A272). PERKINS *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Pitt County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF

JUSTICE, and by him referred to the Court, denied. Certiorari denied.